IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **EDDY VALDEMAR**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **4:04-cv-3445-UWC** |
| **SCOTT HASSEL, Chief of Corrections,** ) | |
| **Etowah County Detention Center,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The petitioner, Eddy Valdemar, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The respondent filed a motion to dismiss the same as being moot on February 3, 2005, premised on the fact that the petitioner has been deported from the United States to Haiti.

Because it is evident that the petitioner is no longer in custody, his petition for a writ of habeas corpus is due to be dismissed as moot.[1]  Accordingly, the motion is **GRANTED**. (Doc. 4.)

Done this 23rd day of March, 2005.

U.W. Clemon
Chief United States District Judge

---

[1] The declaration of Dean A. Hoth demonstrates that the petitioner was deported from the United States on January 24, 2005.